981 A.2d 1280

**Andrea J. GEORGE, Appellant**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Appellee**

Supreme Court of Pennsylvania.

Sept. 15, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of September, 2009, this appeal from the Commonwealth Court's March 26, 2009 Order is

quashed for lack of jurisdiction under 42 Pa.C.S. § 723(a). The Commonwealth Court's Order was not a final order of the Commonwealth Court "entered in any matter which was originally commenced in the Commonwealth Court. . . ." *See* 42 Pa.C.S. § 723(a); *Werner v. Zazyczny*, 545 Pa. 570, 681 A.2d 1331, 1335 n. 5 (1996).